**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| DEBORAH A. BUJDOS, | : | No. 26 WAL 2021 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| LINDA WHALEN, LAWRENCE BUJDOS, | : | |
| HEIDI NORTON, TRAVIS DUNN, ROY | : | |
| REICK, SCOTT SHOUP, METLIFE, | : | |
| CETERA, PNC BANK, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of May, 2021, the Petition for Allowance of Appeal is **DENIED**.